David DELLARI, Appellant, v. W. I. BIDDLE, as Warden of the United States Penitentiary at Leavenworth, Kan., Appellee.

(Circuit Court of Appeals, Eighth Circuit. April 8, 1925.)

No. 6764.

Appeal from the District Court of the United States for the District of Kansas.

Frans E. Lindquist, of Kansas City, Mo., and John B. Boddie, of Chicago, Ill., for appellant.

Al. F. Williams, U. S. Atty., and Alton H. Skinner, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before SANBORN and STONE, Circuit Judges, and SYMES, District Judge.

SANBORN, Circuit Judge. The appeal in this case is from an order of dismissal of the petition of appellant for a writ of

habeas corpus on the ground that the petition did not state facts sufficient to warrant the court below in granting it.

The questions in this case were the same as those treated in No. 6765, Harry Franklin v. W. I. Biddle, as Warden, etc., 5 F.(2d) 19. They were submitted for decision on the same briefs, and the order of dismissal in this case is affirmed for the reasons stated in the opinion in that case, which is filed herewith.